IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

        **Plaintiff,**　　　　　　CV F 06 1783 LJO WMW P

    vs.　　　　　　　　　　　　**ORDER RE MOTION (DOC 11)**

WILLIAM SULLIVAN, et al.,

        **Defendants.**

    Plaintiff has filed a motion requesting the issuance of a summons. The Court has entered an order granting Plaintiff leave to file an amended complaint. Plaintiff was specifically advised that should he fail to file an amended complaint, the court will direct the issuance of summons as to certain defendants. Plaintiff's motion for the issuance of summons is premature.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the issuance of summons is denied.

IT IS SO ORDERED.

Dated:   August 2, 2007　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1